UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VANESSA I. GUZMAN ESCALANTE,

    Plaintiff,

v.                                                                          Case No. 3:23-cv-942-MMH-PDB

HOME DEPOT U.S.A., INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte. On September 20, 2023, the Court entered an Order administratively closing this case pending further Order of the Court. See Order (Dkt. No. 10; Order). The Court also provided that the parties shall have until November 20, 2023, to file a joint stipulation of dismissal or other appropriate documents to close out this file. See id. The Court noted that, if the parties did not file settlement pleadings or a request for additional time by November 20, 2023, this case would automatically be deemed to be dismissed without prejudice. See id. As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

    **ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of November, 2023.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -